IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| LINDA G. SEALS,<br><br>Plaintiff<br><br>vs.<br><br>FAMILY DOLLAR STORES, INC., and/or FAMILY DOLLAR STORES OF TEXAS, L.P.,<br><br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CASE NO. 3:05-CV-1437-M<br><br>**ECF** |

**JOINT MOTION TO DISMISS WITH PREJUDICE**

Defendants FAMILY DOLLAR STORES OF TEXAS, L.P. and FAMILY DOLLAR STORES, INC. and Plaintiff LINDA G. SEALS hereby file this Joint Motion to Dismiss with Prejudice and, in support thereof, state that the parties are in agreement that this case has been resolved to their satisfaction and should be dismissed.

WHEREFORE, the parties request that Plaintiff's claims be dismissed in their entirety with prejudice to re-filing same, with each party to bear their own attorneys' fees and costs of Court.

DATED the 26th day of February, 2007.

| Joint Motion To Dismiss<br><br>______________ 02/11/07<br>Linda G. Seals<br>*Plaintiff Pro Se* | ______________<br>Steven E. Ruhkal<br>Texas State Bar No. 16473990<br>W. Joseph Miguez<br>Texas State Bar No. 24037107<br><br>LITTLER MENDELSON<br>A Professional Corporation<br>2001 Ross Avenue<br>Suite 2600, Lock Box 116<br>Dallas, Texas 75201-2931<br>(214) 880-8100<br>(214) 880-0181 (Facsimile)<br><br>ATTORNEYS FOR DEFENDANTS FAMILY DOLLAR STORES, INC. and<br>FAMILY DOLLAR STORES OF TEXAS, L.P. |
|---|---|